UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MANUEL MENDEZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DAVID BAUGHMAN, Warden<br><br>　　　　Respondent. | Case No. 1:14-cv-01715-DAD-MJS (HC)<br><br>ORDER APPOINTING OFFICE OF FEDERAL DEFENDER, DIRECTING COUNSEL TO FILE NOTICE OF APPEARANCE WITHIN FOURTEEN DAYS, AND DIRECTING CLERK OF COURT TO SERVE DOCUMENTS |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus under 28 U.S.C. § 2254.

There currently exists no absolute right to appointment of counsel in habeas proceedings. See, e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773, 774 (8th Cir. 1984). However, Title 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any stage of the case if "the interests of justice so require." See Rule 8(c), Rules Governing Section 2254 Cases.

Here, the undersigned issued findings and recommendations to grant the petition on April 5, 2018. (ECF No. 29.) The parties have been afforded thirty days in which to file objections. In light of this posture, the Court finds that the interests of justice would be served by the appointment of counsel at the present time.

Accordingly, it is HEREBY ORDERED that:

1. The Office of the Federal Defender is appointed to represent Petitioner;
2. The Clerk of Court is directed to serve a copy of this Order on the Office of the Federal Defender;
3. Appointed counsel shall file a notice of appearance with this Court within fourteen (14) days from the date of service of this order;
4. Appointed counsel shall contact the Clerk's Office to make arrangements for copies of any relevant documents;
5. Petitioner's counsel is advised that any and all requests for fees or costs must be made in advance of counsel incurring or contracting for them.

IT IS SO ORDERED.

Dated: April 6, 2018 /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE